Huyler, Appellee, v. City of Chicago, Appellant.
Gen. No. 43,215.

Heard in the third division, first district, this court at the October term, 1944; opinion filed June 29, 1945; rehearing denied September 6, 1945; released for publication September 18, 1945. Barnet Hodes, Corporation Counsel, for appellant; J. Herzl Segal and L. Louis Karton, Assistant Corporation Counsel, of counsel; Herman & Pollak and Smith, Bundesen, White & Raynor, for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.